# The Law Office of Edgar Loy Fankbonner, P.C.

1120 AVE. OF THE AMERICAS
SUITE 4149
NEW YORK, NY 10036
(212) 871-1810
ATTORNEY@EDGARLOY.COM

May 5, 2026

Hon. Christine P. O'Hearn
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, New Jersey 08101

SO ORDERED this 7th day
of ___May___ 20_26_

*Christine O'Hearn*
_____
**United States District Judge**

Re:    *Kurt v. Soto, et al.*
       Civ. No. 26-3676 (CPO)

Dear Judge O'Hearn:

I am writing to respectfully request an extension of time until May 13, 2026 in which to submit our reply to Respondents' Answer and Brief in opposition to our Petition. Attorney Edgar Loy Fankbonner communicated with Assistant U.S. Attorney David Inkeles, counsel for Respondents, who advised that he does not oppose this request. We require additional time to review recent developments in Third Circuit case law that relate to the Petition and to advise Petitioner of his options going forward.

Respectfully submitted,

/s/ Steven Ashur
_____
STEVEN ASHUR
The Law Office of Craig Relles
12 Water Street, Suite 203
White Plains, New York 10601
Tel.: (914) 919-9040
E-Mail: sashur@crelleslaw.com

Dated: White Plains, New York
       May 5, 2026

Dated: New York, New York
      May 5, 23026

                                     EDGAR LOY FANKBONNER
The Law Office of
Edgar Loy Fankbonner, P.C.
1120 Ave. of the Americas
Suite 4149
New York, New York 10036
Tel.: (212) 871-1810
E-Mail: attorney@edgarloy.com

*Attorneys for Petitioner*